DANIEL BRODERICK, Bar #89424
Acting Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE LUIS HERNANDEZ-GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-092 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| JOSE LUIS HERNANDEZ-GOMEZ, | ) | Date: April 14, 2006 |
| | ) | Time: 10:00 A.M. |
| | ) | |
| | ) | Judge:  Hon. Edward J. Garcia |
| Defendant. | ) | |

_____

It is hereby stipulated between the parties, Michael Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Linda Harter, attorney for defendant JOSE LUIS HERNANDEZ-GOMEZ, as follows:

It is agreed that the current Status Conference date of April 7, 2006 be vacated, and that a new Status Conference date of April 14, 2006 at 10:00 a.m. be set.  It is further agreed that time from the date of this stipulation to and including April 14, 2006, is excluded from computation of time within which the trial of this matter must be commenced pursuant to U.S.C. §3161(h)(8)(A)and (B)(iv) and Local Code T4.

///

///

///

1     The continuance is requested for defense preparation.

2 Dated: March 28, 2006

3                                         Respectfully submitted,

4                                         DANIEL BRODERICK
Acting Federal Defender

5

6

7                                         /S/ Linda Harter
LINDA HARTER
Chief Assistant Federal Defender

8                                         Attorney for Defendant
JOSE LUIS HERNANDEZ-GOMEZ

9

10                                        MCGREGOR W. SCOTT
United States Attorney

11

12 Dated: March 28, 2006        By:     /s/ Michael Beckwith
MICHAEL BECKWITH

13                                         Assistant U.S. Attorney

14

Stipulation and order\Hernandez-Gomez (Cr-S-06-092)

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based on the stipulation of the parties, the Court finds that failure to grant a continuance would deny counsel for the defendant reasonable time necessary for effective preparation taking into account due diligence.  The Court finds that the ends of justice are best served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial.  Time is therefore excluded pursuant to 18 U.S.C. § 3161 (h)(8)(A)and (B)(iv) and Local Code T4 from April 7, 2006 up to the date of the Status Conference of April 14, 2006 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED:__/s/ March 28, 2006

/s/ Edward J. Garcia_____
HONORABLE EDWARD J. GARCIA
District Court Judge

Stipulation and order\Hernandez-Gomez(Cr-S-06-092)