1  DANIEL BRODERICK, Bar #89424
   Acting Federal Defender
2
   MATTHEW C. BOCKMON, Bar #161566
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   JOSE LUIS HERNANDEZ-GOMEZ
7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,      ) No. CR-S-06-092 EJG
11                                )    03-244
              Plaintiff,           )
12                                ) STIPULATION AND [PROPOSED] ORDER
        v.                         )
13                                )
   JOSE LUIS HERNANDEZ-GOMEZ,     ) Date: June 9, 2006
14                                ) Time: 10:00 A.M.
                                   )
15                                ) Judge: Hon. Edward J. Garcia
              Defendant.           )
16                                )
                                   )
17 ─────────────────────────────────

18      It is hereby stipulated between the parties, Michael Beckwith,

19 Assistant United States Attorney, attorney for plaintiff, and Matthew

20 C. Bockmon, attorney for defendant JOSE LUIS HERNANDEZ-GOMEZ, as

21 follows:

22      It is agreed that the current Status Conference date of June 2,

23 2006 be vacated, and that a new Status Conference date of June 9, 2006

24 at 10:00 a.m. be set. It is further agreed that time from the date of

25 this stipulation to and including June 9, 2006, is excluded from

26 computation of time within which the trial of this matter must be

27 commenced pursuant to U.S.C. §3161(h)(8)(A) and (B)(iv) and Local Code
   T4.
28
   ///

1 |     This continuance is requested for defense preparation.

2 | Dated: May 31, 2006

3 |                                             Respectfully submitted,

4 |                                             DANIEL BRODERICK
                                            Acting Federal Defender

7 |                                             /S/ Matthew C. Bockmon
                                            MATTHEW C. BOCKMON
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            JOSE LUIS HERNANDEZ-GOMEZ

10 | Dated: May 31, 2006               MCGREGOR W. SCOTT
                                            United States Attorney

12 |                                             /s/ Matthew C. Bockmon for

13 |                                             MICHAEL M. BECKWITH
                                            Assistant U.S. Attorney
                                            per telephonic authority

16 |                                   O R D E R

17 | IT IS SO ORDERED.

18 | Dated: June 1, 2006

19 |                                           EDWARD J. GARCIA
                                          United States District Judge